**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Bruce H. Nagel, Esq.
Robert H. Solomon, Esq.
Greg M. Kohn, Esq.
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-618-0400
Fax: 973-618-9194

*Special Litigation Counsel for MicroBilt Corporation*
_____

In re:

MICROBILT CORPORATION, et al.

                             Debtor.
_____

MICROBILT CORPORATION,

                             Plaintiff,

v.

CHEX SYSTEMS, INC., GUNSTER, YOAKLEY & STEWART, P.A., and DAVID M. WELLS,

                             Defendants.

Case No. 11-18143

Judge: Honorable Michael B. Kaplan

Chapter 11

**Adv. No.: 12-01177-MBK**

## ADDENDUM TO APPELLANTS' FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006 DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

      Appellant MicroBilt Corporation ("MicroBilt") by and through its counsel, Greg M. Kohn, Robert H. Solomon, and Bruce H. Nagel of Nagel Rice, LLP hereby files its "Addendum to its Federal Rule of Bankruptcy Procedure 8006 Designation of Items to be Included in the Record on Appeal."

| Appeal Record Number | Docket Number | Date | Title |
|---|---|---|---|
| 33 | Adversary Docket No. 60 | July 23, 2013 | Transcript of Hearing Held on July 8, 2013 |

Dated: August 16, 2013

                                          Respectfully submitted,

                      By:     __s/Greg M. Kohn_____
                                      Greg M. Kohn, Esq.
                                      NAGEL RICE, LLP
                                      103 Eisenhower Parkway
                                      Roseland, NJ 07068
                                      Telephone: 973-618-0400
                                      Fax: 973-618-9194

                                      Attorneys for MicroBilt Corporation

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Bruce H. Nagel, Esq.
Robert H. Solomon, Esq.
Greg M. Kohn, Esq.
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-618-0400
Fax: 973-618-9194

*Special Litigation Counsel for MicroBilt Corporation*
_____
In re:

MICROBILT CORPORATION, et al.

        Debtor.
_____
MICROBILT CORPORATION,

        Plaintiff,

v.

CHEX SYSTEMS, INC., GUNSTER, YOAKLEY & STEWART, P.A., and DAVID M. WELLS,

        Defendants.

Case No. 11-18143

Judge: Honorable Michael B. Kaplan

Chapter 11

**Adv. No.: 12-01177-MBK**

## CERTIFICATION OF SERVICE

   I, Greg M. Kohn, hereby certify that, on the date indicated below, I served a copy of Debtor MicroBilt Corporation's "Addendum to Designation of the Record" upon the following counsel via this Court's mandatory ECF system:

  Derek Baker
  Reed Smith, LLP.
  136 Main Street
  Suite 250
  Princeton, NJ 08540

  Joseph L. Schwartz
  Riker Danzig

One Speedwell Avenue
Headquarters Plaza
Morristown, New Jersey 07962-1981

Dated: August 16, 2013

                                        Respectfully submitted,

                    By:      __s/Greg M. Kohn_____
                                   Greg M. Kohn, Esq.
                                   NAGEL RICE, LLP
                                   103 Eisenhower Parkway
                                   Roseland, NJ 07068
                                   Telephone: 973-618-0400
                                   Fax: 973-618-9194

                                   Attorneys for MicroBilt Corporation