RIKER, DANZIG, SCHERER, HYLAND & PERRETTI  LLP
Joseph L. Schwartz, Esq.
Kevin J. Larner, Esq.
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

Attorneys for Appellees, Gunster, Yoakley & Stewart, P.A.
and David M. Wells

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> MICROBILT CORPORATION, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-18143 (MBK) |
| MICROBILT CORPORATION, <br><br> Appellant, <br><br> vs**.** <br><br> CHEX SYSTEMS, INC., GUNSTER, YOAKLEY & STEWART, P.A. and DAVID M. WELLS, <br><br> Appellees. | Civil Action <br><br> Case No. 13-04752-AET <br><br> Hon. Anne E. Thompson, U.S.D.J. <br><br> **CERTIFICATION OF SERVICE** |

KEVIN J. LARNER, of full age, hereby certifies and states as follows:

1.	I am associated with the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, counsel to Appellees, Gunster, Yoakley & Stewart, P.A. and David M. Wells ("Appellees").

2.	I certify that on October 14, 2013, I caused a copy of the Appellees' Brief, which was electronically filed with the Court on October 14, 2013 as Docket No. 7, to be electronically served on all parties who receive electronic notice via CM/ECF.

3. I further certify that on October 14, 2013, I caused a copy of the Appellees' Brief, to be served via Federal Express upon counsel to MicroBilt Corporation, Greg Kohn, Esq., at Nagel Rice, LLP, 103 Eisenhower Parkway, Roseland, NJ 07068 and counsel to Chex Systems, Inc., Derek Baker, Esq., at Reed Smith LLP, Princeton Forrestal Village, 136 Main Street, Suite 250, Princeton, NJ 08543-7839.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct to the best of my knowledge.

Dated:  October 14, 2013

By: _____/s/ Kevin J. Larner_____
Kevin J. Larner